

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00072-CV

_____

IN THE MATTER OF THE MARRIAGE OF
JAMES RIDDLES AND GLENDA RIDDLES

On Appeal from the County Court at Law
Lamar County, Texas
Trial Court No. 83418

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Glenda Riddles, appellant, has filed a motion to dismiss this pending appeal. Riddles represents that the parties have reached a settlement and that she no longer desires to prosecute this appeal.

We grant Riddles' motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).


Jack Carter
Justice

Date Submitted:     September 23, 2014
Date Decided:      September 24, 2014